AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Robinson, James J. | U.S. Bankruptcy Ct. N. D. AL | 05/13/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U.S. Courthouse - Room 117
1129 Noble Street
Anniston, AL 36201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Development Committee member | Rainbow Omega, Inc. (home for adults with developmental disabilities) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2006 | Burr & Forman LLP retired partner annuity (former law firm) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 05/13/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Burr & Forman LLC - retired partner's annunity | $27,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Southern Company-retirement/pension |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Ala. State Bar - Commercial Law Section | 05/06/2014 - 05/07/2014 | Sand Destin, FL | Speaker at CLE seminar | seminar fee, lodging, meals and mileage |
| 2. | U. Ala. School of Law | 11/14/2014 | Birmingham, AL | Speaker at CLE seminar | seminar fee, lodging, meals and mileage |
| 3. | U.S. Dist. Court N.D. Ala. | 11/05/2014 | Tuscaloosa, AL | Court security meeting | lunch and mileage |
| 4. | Admin Ofc of Courts | 08/12/2014 - 08/15/2014 | Boston, Mass. | Judges' workshop | airfare, lodging and meals |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Chase Bank USA, N.A. | Credit Card (VISA) | J |
| 2. | Merrill Lynch (Bank of America-FIA Card Services NA) | Credit Card (VISA) | J |
| 3. | Merrill Lynch (American Express) | Credit Card (American Express) | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 276 shares common stock Southern Co. | A | Dividend | J | T | Buy (add'l) | 2014 | J | | 13 shrs add'l div reinvest |
| 2. 71 shares Goldman Sachs Str US Equity Class A mutual fund | | None | | | Sold | 08/28/14 | J | A | |
| 3. WinSouth CU fka Community CU (deposit account) | A | Interest | J | T | | | | | |
| 4. Wells Fargo deposit accounts | A | Interest | K | T | | | | | |
| 5. Unimproved real estate lot-St. Simons Is., Georgia | | None | | | Sold | 06/13/14 | J | C | |
| 6. Protective Life, formerly Manufacturers Life policies (2) | A | Int./Div. | J | T | | | | | |
| 7. Mass Mutual Life- American Century Value mutual fund | | None | K | T | | | | | |
| 8. Mass Mutual Life - guaranteed principal account | A | Interest | J | T | | | | | |
| 9. 1601 shares American Capital World Growth Income Fund | B | Dividend | L | T | Buy (add'l) | 2014 | J | | 36 shr add'l div reinvest |
| 10. 2061 shares American Growth Fund Class A | A | Dividend | L | T | Buy (add'l) | 2014 | J | | 190 shr add'l div reinvest |
| 11. Merrill Lynch Ready Assets Money Fund | A | Dividend | J | T | | | | | |
| 12. American Legacy III annuity | | None | M | T | | | | | |
| 13. BIF Tax Exempt Money Fund | A | Dividend | K | T | | | | | |
| 14. Federal Home Loan Mortgage Bond 4.5% | C | Interest | | | Redeemed | 11/15/14 | L | | |
| 15. 1054 Shares Common Stock Proassurance Corp. | B | Dividend | L | T | | | | | |
| 16. 6666 Shares American New Perspective Class A Mut. Fund | B | Dividend | M | T | Buy (add'l) | 2014 | K | | 429 shr add'l div reinvest |
| 17. 171 Shares Blackrock Small Cap Indext Fund Class A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Bk of Am money fund f/k/a FIA Card Servs Money Fund | A | Dividend | J | T | | | | | |
| 19. 4118 Shares American Capital World Income Class A Mut. Fund | C | Dividend | M | T | Buy (add'l) | 2014 | J | | 92 shr add'l div reinvest |
| 20. 3985 American Capital Income Builder Class A Mut. Fund | D | Dividend | M | T | Buy (add'l) | 2014 | J | | 182 shr add'l div reinvest |
| 21. 9164 American Growth Fund of America Class A Mut. Fund | B | Dividend | N | T | Buy (add'l) | 2014 | K | | 843 shr add'l div reinvest |
| 22. 1597 Shares American Fundamental Investors Fund | A | Dividend | L | T | Buy (add'l) | 2014 | J | | 128 shr add'l div reinvest |
| 23. 2162 Shares American New Perspective Fund | A | Dividend | L | T | Buy (add'l) | 2014 | J | | 139 shr add'l div reinvest |
| 24. 788 Shares American Capital World Growth Income Fund Class A | A | Dividend | K | T | Buy (add'l) | 2014 | J | | 18 shr add'l div reinvest |
| 25. 1046 Shares American Growth Fund of America Class A | A | Dividend | K | T | Buy (add'l) | 2014 | J | | 96 shr add'l div reinvest |
| 26. 456 shrs Kraft Foods | B | Dividend | K | T | | | | | |
| 27. NobleBank & Trust deposit account | A | Interest | | | Closed | 12/10/14 | J | | |
| 28. 145 shares MetLife, Inc. | A | Dividend | J | T | | | | | |
| 29. 670 shares National Grid PLC SP ADR | C | Dividend | K | T | | | | | |
| 30. 1790 shares Pfizer common | B | Dividend | L | T | | | | | |
| 31. 1075 shares Waste Management common | B | Dividend | L | T | | | | | |
| 32. 8070 shares American Income Fund of America | D | Dividend | M | T | Buy (add'l) | 2014 | J | | 290 shr add'l div reinvest |
| 33. 1250 shares Goldman Sachs Group Inc. preferred | B | Dividend | K | T | | | | | |
| 34. 725 shares Centurylink common | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   450 shares Chevron Corp common | B | Dividend | L | T | | | | | |
| 36.   1220 shares Coca Cola common | B | Dividend | L | T | | | | | |
| 37.   560 shares DuPont El de Nemours common | B | Dividend | K | T | | | | | |
| 38.   760 shares Genuine Parts common | B | Dividend | L | T | | | | | |
| 39.   615 shares Kimberly Clark common | B | Dividend | L | T | | | | | |
| 40.   505 shares McDonalds Corp common | B | Dividend | K | T | | | | | |
| 41.   1555 shares Microsoft Corp common | B | Dividend | L | T | | | | | |
| 42.   683 shares Duke Energy common | B | Dividend | L | T | | | | | |
| 43.   1417 shares Mondelez Int'l common | A | Dividend | L | T | Buy (add'l) | 2014 | J | | 22 shrs add'l div reinvest |
| 44.   175 shares Apple, Inc. common | A | Dividend | K | T | Buy (add'l) | 06/12/14 | J | | 150 sh stock div |
| 45.   Retirement Reserves (money fund) | A | Dividend | J | T | | | | | |
| 46.   4442 shares Columbia Acorn Fund Class C | A | Dividend | M | T | Buy (add'l) | 2014 | K | | 798 shr add'l civ reinvest |
| 47.   76 shares Halyard Health Inc. | A | Dividend | J | T | Spinoff (from line 39) | 11/06/14 | | | |
| 48.   Compass Bank - time deposit account | A | Interest | L | T | | | | | see Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 05/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Line 48: Compass Bank - time deposit: This bank accout, in my wife's name, was opened during 2002 and through an oversignt, it was not previously reported on any of my Financial Disclosure Reports. The balance has not materially changed since inception. Please consider this as an amendment to my Initial and all subsequent Annual Reports.

Part VII: The notation "__ shr add'l div reinvest" appearing several times in Column (5) of Part D indicates that the particular mutual fund or stock paid a dividend that was reinvested to purchase the number of additional shares stated. Dividends were declared from time to time during 2014, often more than once during the year for any particular investment, so I did not list the exact date for each dividend and reinvestment.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James J. Robinson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544